UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST OF LA

2009 JUL -1  A 11: 26

EDWARD WASHINGTON

VERSUS

BURL CAIN, ET AL

CIVIL ACTION NO.: 08-769-JVP-CN

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 8, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by Edward Washington is hereby deemed timely-filed and the State of Louisiana is directed to file a brief responding to the merits of petitioner's habeas application.

Baton Rouge, Louisiana, June 30th, 2009.

JAMES J. BRADY, JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA