UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD WASHINGTON

VERSUS                                           CIVIL ACTION NO.: 08-769-JVP-CN

BURL CAIN, ET AL

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 22, 2010 (doc. 30). Plaintiff has filed objections which merely restate legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) shall be **DISMISSED WITH PREJUDICE**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 22, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA